IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

JAMES PRESTON SMITH,

        Plaintiff,

v.                         CIVIL ACTION NO.  5:07-cv-00285

THE UNITED STATES, et al.,

        Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this day, the Court **ADOPTS** the PF&R [Docket 4] in its entirety, **DENIES** Petitioner's Petition for Writ of Habeas Corpus [Docket 1], and **DISMISSES** the case from the Court's active docket.  The Court **DIRECTS** the Clerk to remove this case from the Court's active docket and to send a certified copy of this Judgment Order and a copy of the accompanying Memorandum Opinion to counsel of record, Petitioner *pro se*, and Magistrate Judge Stanley.

                ENTER:     June 13, 2008

                              THOMAS E. JOHNSTON
                              UNITED STATES DISTRICT JUDGE